U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Vermont

2026 JUN 15  A 8: 32

CLERK
BY_____ **CPC**
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Kathleen Celine Ridley and Lawrence Felix Robson | ) ) ) ) ) | Case No. **2:26 - mj- 115 -1-2** |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 12, 2026 _____ in the county of _____ Franklin _____ in the _____ District of _____ Vermont _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Aliens who entered the United States at a place other than as designated by immigration officers. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Attested to by reliable electronic means
_____
*Complainant's signature*

Danil B. Deresh, U.S. Border Patrol Agent
_____
*Printed name and title*

Subscribed and sworn to in accordance with the requirements of Fed. R. Crim. P. 4.1

Date: _____ 06/12/2026 _____

_____
*Judge's signature*

City and state: _____ Burlington, Vermont _____

Hon. Kevin J. Doyle, U.S. Magistrate Judge
_____
*Printed name and title*