## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Danil B. Deresh, being duly sworn, state as follows:

### Introduction and Agent Background

1.    I am a Border Patrol Agent (BPA) of the United States Border Patrol (USBP), a component of Customs and Border Protection (CBP) within the Department of Homeland Security (DHS). I have been employed since July of 2018. I have been assigned to the Richford, Vermont station as a BPA for approximately 3 years and currently serve as the station's prosecutions agent since June of 2025. I was previously assigned to the Laredo North, Laredo, Texas Border Patrol station as a BPA for approximately 2.5 years and to the Alpine, in Alpine, Texas Border Patrol station for approximately 2 years.

2.    This affidavit is offered to demonstrate that probable cause exists to believe that on or about June 12, 2026, in the District of Vermont, Kathleen Celine Ridley and Lawrence Felix Robson, both aliens and citizens of the United Kingdom, entered or attempted to enter the United States at a place other than as designated by immigration officers, in violation of 8 U.S.C. § 1325(a)(1).

3.    The information contained in this affidavit is based on my own investigation, my review of law enforcement and immigration records, and my training and experience, as well as information I have received or reviewed from other law enforcement involved in the investigation. This affidavit is submitted for the limited purpose of securing a criminal complaint and does not set forth all facts that I know from my investigation into this matter. Unless otherwise specified, the statements described herein are related in sum and substance and are not intended as direct quotations.

1

**Probable Cause**

4.      On June 11, 2026, at approximately 2330 hours, the Royal Canadian Mounted Police (RCMP) advised that seven subjects were headed south toward Pidgeon Hill Road in Franklin, Vermont. This area is near the U.S./Canada border and has become a common location for alien smuggling, with many routes of ingress and egress that funnel away from the border. Shortly thereafter, Supervisory Border Patrol Agent (SBPA) Daniel Graves started to monitor the live camera feed on Pidgeon Hill Road. At approximately 0008 hours, SBPA Graves observed that the subjects had crossed south into the United States near Pidgeon Hill Road.  I am aware that this location is not a place authorized by immigration officials for entry into the United States.  I also know that the nearest Port of Entry is approximately 2.2 miles west of Pidgeon Hill Road.

5.      Border Patrol Agents (BPAs) responded to the area and observed a small SUV drive west on VT-235 from Franklin and approach Pidgeon Hill Road. As soon as the vehicle turned onto Pidgeon Hill Road, it turned off its lights and momentarily stopped before continuing north. During this time, SBPA Graves kept advising of the location of the group. At approximately 0030 hours, the vehicle drove south on Pidgeon Hill Road, away from the border. As agents attempted to stop the car, multiple subjects exited the vehicle and began running north along the Pidgeon Hill Road. The vehicle then sped off and turned east onto VT-235. Agents attempted to initiate a second stop of the vehicle and occupants, but additional people ran from the vehicle, including the driver.

6.      At approximately 0100 hours, agents located the driver in a swamp, placed him in handcuffs and escorted him to a BPA vehicle. At approximately 0130 hours, two additional subjects, both of whom were aliens from the United Kingdom, were located and taken into custody. These individuals were taken to the Border Patrol station for further processing. They are not the subject of this affidavit.

2

7.    At approximately 0800 hours, Swanton Sector received a concerned citizen call from a person in Franklin, Vermont. The person stated that two subjects were near one of the barns on his property, which was located near the U.S./Canadian border. Agents responded to the location and apprehended two subjects, later identified as Kathleen Celine Ridley and Lawrence Felix Robson, who stated they were U.K. citizens. Ridley and Robson were transported to the Richford Border Patrol Station for further processing and interviews.

8.    At the Richford Border Patrol Station, BPAs took fingerprints and biographical information for Ridley and Robson and queried law enforcement and immigration databases. Records from these databases showed that Ridley and Robson had no previous immigration or criminal history. This record review also revealed that Ridley and Robson had no legal status in the United States and no authorization to enter or reside in the United States.

9.    I read Robson read his *Miranda* rights in the English language which he agreed to waive. During the interview, Robson said the following:

a.    Robson stated he was born in England and that he flew to Canada on a visitor visa in the beginning of January 2025. Since then, he has been in Mississauga, Ontario, Canada with his partner, Ridley, who is also a U.K. citizen.

b.    While working on a construction job site with individuals from Mexico, he was told that they can help get him and his partner into United States. A short time later he was contacted by someone on WhatsApp who gave him directions and pricing, and told him how to get across the border. Robson was instructed to travel to Montreal and once there, more guidance would follow.

3

c.     When Robson and Ridley arrived in Montreal, more individuals were waiting to be picked up and brought to the border. They all were ultimately driven to the border and then instructed to walk south and a white small SUV would pick them up.

d.     The group proceeded to walk south into the United States. Robson said he knew he was entering United States illegally, but that he wanted to travel to New York City. Robson said he was going to pay the driver $2,500 for himself and $2500 for his Ridley when they arrived in New York City.

e.     Robson said that after they crossed into the United States, a white small SUV passed their location multiple times and finally the driver stopped near their location. They were trying to get into the car but headlights appeared and the driver took off and left them behind.

### Conclusion

10.     Based on the foregoing, I submit there is probable cause to believe that on or about June 12, 2026, in the District of Vermont, Kathleen Celine Ridley and Lawrence Felix Robson, both citizens of the United Kingdom and aliens, entered or attempted to enter the United States at a place other than as designated by immigration officers, in violation of 8 U.S.C. § 1325(a)(1).

Dated: June 12, 2026.

/s/ Danil B. Deresh
DANIL B. DERESH
Border Patrol Agent

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 on June 12, 2026.

HONORABLE KEVIN J. DOYLE
United States Magistrate Judge
District of Vermont

4